**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/22
```

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

April 18, 2022

**By ECF and email**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Gil et al as to Elizabeth Araujo</u>
20 Cr 199 (KMW)

Dear Judge Wood:

I represent Elizabeth Araujo in the above-captioned matter and I write requesting that the Court temporarily amend her bail conditions so that she can attend a family birthday party in Norwalk, CT on April 30, 2022. ] Granted KMW

I have spoken with Pre-trial Services and conferred with the Government and neither Pre-trial nor the Government object to this request.

If the Court approves this temporary bail modification, then Ms. Araujo will be out of state in Norwalk, CT from 6 p.m. to midnight (that includes travel time) on April 30th. ] Granted KMW

Accordingly, if the foregoing request meets with the Court's approval, then we respectfully request that the Court "So Order" this letter granting the application. Thank you for your consideration in this matter.

Respectfully,

<u>Daniel S. Parker</u>
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
Cell: 917-670-7622
DanielParker@aol.com

Cc; all parties (by ECF)

SO ORDERED:  N.Y., N.Y.   4/19/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.