**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/22

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

FACSIMILE: (212) 239-9175
DanielParker@aol.com

June 1, 2022

**By ECF and email**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Gil et al as to Elizabeth Araujo</u>
20 Cr 199 (KMW)

Dear Judge Wood:

   I represent Elizabeth Araujo in the above-captioned matter and I write requesting that the Court temporarily amend her bail conditions so that she can travel to the Dominican Republic from June 9-12 to attend a graduation from an artisan program which she completed.   ] Granted

   I have spoken with Pre-trial Services and communicated with the Government, both of whom "take no position" with regard to this request.

   If the Court approves this temporary bail modification, then Ms. Araujo will make arrangements to retrieve her passport from her Pre-Trial Supervision officer, advise her officer of her travel details, and then re-surrender her passport upon her return.

   This Court has previously granted a similar request for Ms. Araujo to go to the Dominican Republic, during which time she took the program, and she fully complied with the Court's temporary bail modification.

   Accordingly, if the foregoing request meets with the Court's approval, then we respectfully request that the Court "So Order" this letter granting the application.

1

Thank you for your consideration in this matter.

                                                Respectfully,

                                                */s/ Daniel S. Parker*

                                                Daniel S. Parker
                                                Parker and Carmody, LLP
                                                30 East 33rd Street
                                                6th Floor
                                                New York, NY 10016
                                                Cell: 917-670-7622
                                                DanielParker@aol.com

Cc; all parties (by ECF)

_____ 6/2/22
                   Kimba M. Wood
                      SO ORDERED

2