UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

ELIZABETH ARAUJO,

                     Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/22

KIMBA M. WOOD, District Judge:

      Sentencing currently scheduled for July 13, 2022, at 12:00 p.m. has been moved to 11:30 a.m.

      SO ORDERED.

Dated: New York, New York
       July 11, 2022

                                        /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE