```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/22
```

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

September 16, 2022

**By ECF**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Elizabeth Araujo</u>
20 Cr 199 (KMW)

Dear Judge Wood:

I represent Elizabeth Araujo in the above-captioned matter and I write requesting that the Court temporarily amend her conditions of bail and allow her to travel to Pennsylvania from September 25-28, 2022 so that she can move personal belongings to the home of her childhood friend prior to her surrender date. ] Granted

I have conferred with Probation who does not object to this request. I have conferred with AUSA Brandon Harper and the Government "defers to Probation."

Accordingly, if the foregoing temporary bail modification request meets with the Court's approval, then we respectfully request that the Court "So Order" this letter granting the application.

Respectfully,

*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
Cell: 917-670-7622
DanielParker@aol.com

Cc; all parties (by ECF)

**SO ORDERED:** N.Y., N.Y.  9/19/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.