**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/23

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

May 9, 2023

**By ECF and email**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Elizabeth Araujo**
20 Cr 199 (KMW)

Dear Judge Wood:

    I write requesting that the Court re-appoint me pursuant to the Criminal Justice Act *nunc pro tunc* to March 15, 2023, to represent Ms. Araujo. I was originally appointed to represent Ms. Araujo in March 2021 and she remains incarcerated and unable to afford counsel.

    In March 2023, Ms. Araujo contacted me seeking assistance in resolving certain issues with respect to her eligibility to be released into a halfway house. This matter related to an unresolved and "open" case that appeared on her rap sheet.

    Accordingly, I respectfully request that if this request meets with the Court's approval, that you "So Order" this letter and I will notify the CJA office.

    Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
Cell: 917-670-7622
DanielParker@aol.com

SO ORDERED: N.Y., N.Y. 5/11/23

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.