**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/23

June 20, 2023

**By ECF**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Elizabeth Araujo</u>
20 Cr 199 (KMW)

Dear Judge Wood:

I represented Elizabeth Araujo pursuant to the Criminal Justice Act. I write requesting that the Court order Pre-Trial Services (PTS) to return her passport to her. I have conferred with both the Government and PTS and neither of them object to her passport being returned.

] Granted

As a condition of her original bail, Ms. Araujo was required to surrender her passport. The case is now over and she would like to retrieve her passport from PTS.

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

Thank you.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties (By ECF)

SO ORDERED: N.Y., N.Y. 6/21/23

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.